## Commonwealth *v.* Morrison, Appellant.

Submitted March 26, 1974. *Harold L. Randolph,* for appellant; *David Richman,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Parker, Appellant.

Submitted April 8, 1974. *Lee Dell Parker,* in propria persona, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonweatlh, appellee.

Judgment of sentence affirmed.